STATE EX REL. WIECK, RELATOR, *v.* DISTRICT COURT,
RESPONDENT.

(No. 4,117.)

(Submitted January 10, 1918.   Decided January 14, 1918.)

[169 Pac. 1181.]

*Certiorari—Setting Aside Default—Attorneys—Stipulations—*
*Effect.*

1.  Where an order setting aside a default was made in open court
by stipulation of opposing counsel, the writ of *certiorari* will not
issue to annul it.

[As to questions reviewable upon writ of *certiorari*, see note in
40 Am. St. Rep. 29.]

Original application, on the relation of Anthony Wieck, for
writ of *certiorari* running to the District Court of the County of
Hill.   Writ denied.

*Messrs. Nelson & Turcotte,* for Relator, submitted a brief; *Mr.*
*Frank W. Turcotte* argued the cause orally.

No appearance on behalf of Respondent.

MR. JUSTICE HOLLOWAY delivered the opinion of the
court.

A motion for rehearing was granted upon a showing by re-
spondent that through inadvertence the record certified to this
court in the first instance was not correct.   The record has been
corrected in the court below and a supplemental return made.
It appears from the record now before us that the order of Janu-
ary 12, 1917, setting aside the default of the defendants in the
case of *Anthony Wieck* v. *F. A. Buttrey and J. W. Wilson,* was
made by the court "upon agreement of counsel for plaintiff and
defendants made in open court."   Under these circumstances
there is not any merit in this application.

The order setting aside the default is affirmed.

*Affirmed.*

MR. JUSTICE SANNER concurs.

MR. CHIEF JUSTICE BRANTLY, being absent, did not hear the
argument and takes no part in the foregoing decision.